# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATURNINO HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., a business entity; ANGELICA DIAZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-06715-SB-E<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: September 21, 2022<br>Trial Date:            April 8, 2024 |

    Pursuant to the Stipulated Protective Order filed on November 14, 2023 and the terms thereto the Court rules as follows:

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 11/15/2023

      /s/
Hon. Charles F. Eick
U.S. Magistrate Judge

---

**ORDER RE STIPULATED PROTECTIVE ORDER**